# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR _____
            Plaintiff )
                        ) REPORT COMMENCING CRIMINAL
   -vs-                 )        ACTION
                        )
_____    ) _____
      Defendant         USMS Prisoner No:

*FILED by ___ D.C.*
*MAR 31 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. MIAMI*

************************************************************
TO:  Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
     U.S. District Court         FT. PIERCE
                        (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
************************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-30-2000 / 11:45  am/(pm)

(2) Language Spoken: Spanish / English

(3) Offense(s) Charged: 21 USC 846

(4) U.S. Citizen  [ ] Yes   [X] No   [ ] Unknown

(5) Date of Birth: 1-30-63

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [X] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3-30-2000   (9) Arresting Officer: _____

(10) Agency: DEA        (11) Phone: 954-489-1764

(12) Comments: _____