DEFT: Edgar Guzman (J)#
AUSA: Larry Bardfeld
AGENT:
PROCEEDING: Arraignment/PTD HEARING
BOND HEARING HELD: yes/no
___ BOND SET @ ___
CO-SIGNATURES:
SPECIAL CONDITIONS:

CASE NO: 00-6090-CR-Zloch
ATTNY: FPD — Bob Berube
VIOL:
BOND REC:
COUNSEL APPOINTED:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED APR 17 2000 CLARENCE MADDOX CLERK U.S. DIST CT. S.D. OF FLA. FT. LAUD.

Gov't proceeds by proffer — risk of flight + danger

Agent sworn — James Houk

(Circle One)
Interpreter Requested
No Interpreter
Not Known
Spanish — needs Spanish
(Specify Language)

video tape
PTD ordered

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 5-2-00   11:00am   LSS
STATUS CONFERENCE:
DATE: 4-17-00   TIME: 10:00AM   TAPE # 00-628   PG # 3
1380-3610
00-029