UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,   :

       Plaintiff,   :

v.   :

ROBERTO FARRADAS, et al.,   :

       Defendant.   :

FILED by _____ D.C.
MAY - 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on May 1, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been sent, and counsel for the defendants shall have until May 17, 2000, within which to file pretrial motions.

2. The parties will schedule a discovery conference to review the physical evidence.

DATED at Fort Lauderdale, Florida, this ____ day of May, 2000.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Larry Bardfeld (FTL)
Vincent Flynn, Esq.
Rick Diaz, Esq.