HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __PABLO PUNTIEL__   CASE NO: __00-8029-CR-DIMITROULEAS__

AUSA __KAREN ATKINSON / Rosenthal__  ATTY __MARTIN BIDWILL__

*to be a plea*   *Tim Day @ 900*   *00 022*

DEFT __ROBERT STEELE__   CASE NO: __00-6089-CR-ZLOCH__

AUSA __BERTHA MITRANI - pres'__  ATTY __CHARLES JAFFEE__

*Disc going out today Fed-ex*
*NO pending motions  5-17 mot due*   *@ 927*

DEFT __ROBERTO FARRADAZ - ETAL__  CASE NO: __00-6090-CR-ZLOCH__

AUSA __LARRY BARDFELD__  ATTY ~~VINCENT FLYNN~~  *Diaz for Flynn*

RICK DIAZ, ESQ. for Orlando Mesa/FPD for Edgar Guzman

*pres  Disc out - disc conference needed  @ 969*
*new cnsl may come in on Guzman. M/disc 5-17*

DEFT __RAMON PERDOMO__  CASE NO: __00-6093-CR-FERGUSON__

AUSA ~~JEFFREY KAY~~ / *Roger Powell*  ATTY __FPD__

*Disc out today -*
*NO pending motions - 5-15 for motions  @ 1033*

DEFT __JUANA DUQUE-DIAZ__  CASE NO: __00-6094-CR-ROETTGER__

AUSA __DEBRA STUART / Rosenthal__  ATTY __MARTIN BIDWILL__  *Day stood in*

*M/cont filed*
*5-22 for motions*   *@ 1081*

DEFT __   CASE NO: __

AUSA __   ATTY __

DATE __MAY 1, 2000__  TIME __11:00__