UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090 Cr-ZLOCH
Mag. Case No. 00-4070-SELTZER

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

EDGAR GUZMAN,

       Defendant.

_____/



## MOTION FOR SUBSTITUTION OF COUNSEL

Comes Now, H. Frank Rubio and moves this Court for an Order substituting him as permanent trial counsel for the Defendant, Edgar Guzman, pursuant to Rule 11.1 and 88.7, Local Rules, United States District Court for the Southern District of Florida. Upon this Court's granting of the motion and entry of the order request is made that the clerk accept for filing undersigned's separate Notice of Appearance of Counsel.

Please direct all further correspondence, notices, and service of pleadings to undersigned counsel at the address set forth below.

Request is made that the Clerk of Court furnish counsel with a copy of the complaint, arrest affidavit and Indictment in this cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Assistant U.S. Attorney Larry Bardfeld, U.S. Attorney's Office 500 E. Broward Boulevard, Suite 700, Fort Lauderdale 33394-3002 on this 16th. day of May, 2000.

                                          _____
                                         H. Frank Rubio, Fla. Bar # 212245
                                         Law Offices of H. Frank Rubio
                                         10800 Biscayne Boulevard
                                         Suite 570
                                         Miami, Florida 33161
                                         Tel. (305) 892-5297
                                         Fax. (305) 758-2373