UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090 Cr-ZLOCH
Mag. Case No. 00-4070-SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDGAR GUZMAN,

    Defendant.
_____/

### ORDER ON
### MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having come on to be heard upon motion for substitution of counsel and the Court having considered the motion, arguments of counsel and being otherwise fully advised in the premises it is hereby

Ordered and Adjudged that H. Frank Rubio shall be substituted as counsel of record for the defendant, Edgar Guzman in this cause. The Clerk is directed to accept and file the Notice of Appearance filed by H. Frank Rubio.

Done and Ordered at Fort Lauderdale, Broward County, Florida this ____ day of May, 2000.

                William J. Zloch
                U.S. District Court Judge

cc:
Larry Bardfeld, AUSA
H. Frank Rubio, Esq.

