UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6090-CR-ZLOCH
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDGAR GUZMAN,

    Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Edgar Guzman, be terminated as the Defendant has retained Frank Rubio, Esq., 10800 Biscayne Boulevard, Suite 570, Miami, Florida 33131-7400, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

51

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed on this 22 day of May, 2000, to Laurence M. Bardfeld, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Frank Rubio, Esq., 10800 Biscayne Boulevard, Suite 570, Miami, Florida 33131-7400 and Edgar Guzman, Reg No. 60495-004, FDC Miami, P. O. Box 019120, Miami, Florida 33101-9120.

Robert N. Berube