UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
v.                          )
                            )
ROBERTO FARRADAZ,           )
BERNAL SOTO,                )
EDGAR GUZMAN, and           )
ORLANDO MESA,               )
     Defendants.            )
_____)



## GOVERNMENT'S SPEEDY TRIAL STATUS REPORT

The United States of America, by and through its undersigned
Assistant United States Attorney, pursuant to General Rule 88.5 of
the Local Rules of the United States District Court for the
Southern District of Florida and the Court's Pre-Trial Order
reports as follows:

1)    A true bill was returned by a grand jury sitting in and
for the Southern District of Florida regarding the above-captioned
matter on April 6, 2000.



2)    Defendants had their initial appearance on March 31, 2000. Defendant Soto was arraigned on April 10, 2000, and Defendants Farradaz, Guzman and Mesa were arraigned on April 17, 2000.

3)    Excludable Time:  On May 19, 2000, Defendant Mesa filed an Motion to Continue.

4)    Thirty-two (32) days have elapsed for purposes of calculating speedy trial with respect to defendants.  Trial of this matter must begin within thirty-eight (38) days.

                        Respectfully submitted,

                        THOMAS E. SCOTT
                        UNITED STATES ATTORNEY


By:     _____
        LAURENCE M. BARDFELD
        ASSISTANT UNITED STATES ATTORNEY
        FLORIDA BAR NO. 712450
        500 E. BROWARD BOULEVARD, #700
        FORT LAUDERDALE, FLORIDA 33394
        (954)/356-7255; Fax: 356-7228

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing
was mailed/hand delivered this 31st day of May, 2000, to: Richard
Diaz, Esquire, 2701 SW 3rd Avenue, Miami, FL 33129, Vincent Flynn,
Esquire, 1221 Brickell Avenue, Suite 1020, Miami, FL 33131,
H. Frank Rubio, Esquire, 10800 Biscayne Boulevard, Suite 570,
Miami, FL 33161, and  Jeffrey Voluck, Esquire, 440 South Andrews
Avenue, Fort Lauderdale, Fl 33301.

Laurence M. Bardfeld
Assistant United States Attorney

3