UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA

v.                                    NOTICE

EDGAR GUZMAN

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        November 16, 2000 at 9:30 AM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

                                CLARENCE MADDOX
                                CLERK OF COURT

                                _____
                                BY DEPUTY CLERK

DATE: November 3, 2000

cc:
Larry Bardfeld, Esq., AUSA
Frank Rubio, Jr., Esq.

