FILED by _____ D.C.

NOV 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER CO-6090-Cr-Z/och   DATE 11-16-00

CLERK Carline Newby    REPORTER Carl Schenzler

PROBATION    SPANISH INTERPRETER Ana Ugarte

UNITED STATES OF AMERICA   V. Edgar Guzman

U. S. ATTORNEY Larry Bardfeld   DEFT COUNSEL Frank Rubio

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged Deft guilty to Count 1

CASE CONTINUED TO 1-26-01   TIME 11:00 FOR Sentencing

MISC Written Plea Agreement