FILED by
JAN 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6C90-Cr-Z/och   DATE 1-26-01

CLERK Carlos Maculay   REPORTER Carl Schenzler

PROBATION Frances Weisberg   INTERPRETER Ana Gomez

UNITED STATES OF AMERICA v. Edgar Guzman

U. S. ATTORNEY Larry Bardfeld   DEFT COUNSEL Frank Rubio

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Court's mtn for downward departure
granted - Deft's mtn for adjustment in Role
assessment - Court grants 2 level Reduction -
Ct1-42 months custody of BoP - 2 yrs

JUDGMENT Supervised Release - $100 assessment
At Completion of imprisonment surrendered
to INS for Departation - If deported
NOT Re enter w/o prior express permission

CASE CONTINUED TO _____ TIME _____ FOR _____
of A.A. - Non-Reporting if departed -
MISC Participate in Drug/Alcohol Abuse
program - Maintain full time employment -
Ct Recommends facility in Florida capable
of treating substance abuse problem -

82