USDC FLSD 245B (Rev. 9/00) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

FILED by _____ D.C.

JAN 29 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
V.
EDGAR GUZMAN

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**Case Number: 00-6090-CR-ZLOCH**
Counsel For Defendant: H. FRANK RUBIO, ESQ.
Counsel For The United States: LAURENCE BARDFELD, ESQ., AUSA

Court Reporter: **Carl Schanzleh**

**THE DEFENDANT:**
- [X] pleaded guilty to count one
- [ ] pleaded nolo contendere to count(s) which was accepted by the court.
- [ ] was found guilty on count(s) after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21:963 | conspiracy to import cocaine into the United States | 3/00 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
- [ ] The defendant has been found not guilty on count(s)

- [X] Counts remaining are dismissed on the motion of the United States.
TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 1/30/63
Defendant's USM Number: 60495-004

Defendant's Residence Address:
FEDERAL DETENTION CENTER
333 NE 4TH ST
MIAMI, FL 33132

Defendant's Mailing Address:
FEDERAL DETENTION CENTER
333 NE 4TH ST
MIAMI, FL 33132

1/26/01
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**William J. Zloch**
Chief U.S. District Court Judge

Date: 1/29/01

94

DEFENDANT: **GUZMAN, EDGAR**
CASE NUMBER: **00-6090-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 42 months.

☐ The Court makes the following recommendations to the Bureau of Prisons: a facility in Florida capable of treating defendant's substance abuse problem.

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district.

　☐ at _____ a.m. / p.m. on _____

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

　☐ before 2:00 p.m. on _____

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __2/9/01__ to __FCC Coleman-Low__

at __Coleman, FL__, with a certified copy of this judgment.

__RD Swope, Warden__
~~UNITED STATES MARSHAL~~

By __CW McGill, LT__
~~Deputy U.S. Marshal~~